174 So. 907
### W. D. (Bill) TRAVIS v. STATE.
8 Div. 455.

Court of Appeals of Alabama.
May 25, 1937.

SAMFORD, Judge.
Appeal dismissed.

167 So. 925
### B. J. TROUSDALE v. J. M. BEDINGFIELD.
8 Div. 314.

Court of Appeals of Alabama.
March 24, 1936.

Raymond Murphy, of Florence, for appellant.

W. L. Almon, of Florence, for appellee.

RICE, Judge.

We find no assignment of error argued and insisted upon in the way and manner outlined as requisite in our opinion in the case of Great Atlantic & Pacific Tea Co. v. Smalley, 26 Ala.App. 176, 156 So. 639.

What we said in the above opinion seems to have had the approval of our Supreme Court. Great Atlantic & Pacific Tea Co. v. Smalley, 229 Ala. 289, 156 So. 641.

Hence we must hold, and do hold, that there is nothing before us for review. And the judgment is affirmed.

Affirmed.

170 So. 917
### Andrew TULLEY v. STATE.
6 Div. 40.

Court of Appeals of Alabama.
Nov. 10, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

170 So. 926
### Dan TURBYFILL v. STATE.
8 Div. 415.

Court of Appeals of Alabama.
Nov. 3, 1936.

BRICKEN, Presiding Judge.
Affirmed.

174 So. 907
### Ada TURNER v. STATE.
8 Div. 453.

Court of Appeals of Alabama.
May 25, 1937.

RICE, Judge.
Appeal dismissed.

174 So. 907
### John UNDERWOOD v. STATE.
6 Div. 127.

Court of Appeals of Alabama.
May 11, 1937.

SAMFORD, Judge.
Affirmed.